[No. 21037–8–I.   Division One.   August 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CLEMENT D. HASSA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–01025–4, Robert E. Dixon, J., entered September 10, 1987. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 20281–2–I.   Division One.   August 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES NICHOLAS ATHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01000–5, Robert M. Elston, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse and Pekelis, JJ.

[No. 10343–5–II.   Division Two.   August 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRICK WADE ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00172–9, D. Gary Steiner, J., entered August 11, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 9969–1–II.   Division Two.   August 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN ROBERT BRATTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00182–6, Waldo F. Stone, J., entered May 16, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.